■ In the Matter of COLIN A. MOORE, a Suspended Attorney. [615 NYS2d 270] —Motion and related application to extend

the effective date of the order of suspension, denied in all respects. Concur—Carro, J. P., Ellerin, Wallach, Kupferman and Nardelli, JJ.